**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1578**

CRESCENCIO PEREZ-PEREZ,

    Plaintiff - Appellant,

  v.

M. E. RAY, Warden of FCI Estill, SC, as an individual and in his official capacity; C. E. FLOYD, Warden of FCI Estill, SC, as an individual and in his official capacity; E. RAIN WATER, A.H.S.A, as an individual and in her official capacity; DR. JOSE HERNANDEZ, Medical Officer, as an individual and in his official capacity; B. PARINA, M.D., as an individual and in his official capacity; DR. ROSS RAMES, M.D., as an individual and in his official capacity; CAROLYN V. RICKARDS, Regional Director, as an individual and in her official capacity; WENDY J. ROAL, Administrator National Inmate Appeals, as an individual and in her official capacity; FREDERICK GOULDING,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  Cameron McGowan Currie, Senior District Judge.  (9:16-cv-03574-CMC)

Submitted:  August 17, 2017      Decided:  August 21, 2017

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Crescencio Perez-Perez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crescencio Perez-Perez appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perez-Perez v. Ray*, No. 9:16-cv-03574-CMC (D.S.C. Mar. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*